# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

CHARLENE R.[1]                                            Case No. 1:22-cv-473
    Plaintiff,                                       Litkovitz, M.J.

    vs.

COMMISSIONER OF                              **ORDER**
SOCIAL SECURITY,
    Defendant.

      This matter is before the Court on the parties' Joint Motion for an Award of Attorney Fees under the Equal Access to Justice Act (EAJA). (Doc. 15). The parties have stipulated and petitioned the Court to award attorney fees in the amount of $6,514.46 in full satisfaction and settlement of any and all claims plaintiff may have under the EAJA in the above-captioned case. The parties have stipulated that the award will satisfy all of plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412 in this case.

      The parties acknowledge that any fees paid belong to plaintiff and not plaintiff's attorney and can be offset to satisfy any pre-existing debt that plaintiff owes the United States pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010). The parties further stipulate that after the Court enters this award, if counsel for the parties can verify that plaintiff owes no pre-existing debt subject to offset, defendant agrees to direct that the award be made payable to plaintiff's attorney pursuant to an EAJA assignment duly signed by plaintiff.

      **IT IS THEREFORE ORDERED THAT** the parties' Joint Motion for an Award of

---

[1] Pursuant to General Order 22-01, due to significant privacy concerns in social security cases, any opinion, order, judgment or other disposition in social security cases in the Southern District of Ohio shall refer to plaintiffs only by their first names and last initials.

Attorney Fees (Doc. 15) be **GRANTED** and plaintiff be awarded attorney fees in the amount of $6,514.46.

Date: 11/14/2023

Karen L. Litkovitz
United States Magistrate Judge